# AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                                    ss.:
COUNTY OF NEW CASTLE )

      Gabrielle Sachetta, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Delaware.

      That on March 9th, 2015 at 1:10 p.m. at 1209 Orange Street, Wilmington, DE 19801, I personally served Summons and Complaint upon SYNCHRONY FINANCIAL f/k/a GE CAPITAL RETAIL BANK by serving their registered agent, The Corporation Trust Company. Service was accepted by Amy McLaren, Corporate Operations Manager, a person authorized to accept service.

                                              Gabrielle Sachetta, Process Server
                                              800 King Street, Suite 102
                                              Wilmington, DE 19801

Sworn to before me this
9th day of March, 2015.

_Dennis Schofield_
Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015